UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LOCKHART, | : | Case No. 1:07CV823 |
| | : | Agency No. A 98-089-150 |
| | : | |
| Petitioner, | : | JUDGE O'MALLEY |
| | : | |
| v. | : | |
| | : | |
| CHERTOFF, Secretary, | : | **JUDGMENT ENTRY** |
| Department of Homeland Security, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

For the reasons stated in the Court's Order of this date, the Plaintiff's *Cross-Motion for Summary Judgment* (Doc. 15) is **GRANTED**. This case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

                                                      s/Kathleen M. O'Malley
                                                      **KATHLEEN McDONALD O'MALLEY**
                                                      **UNITED STATES DISTRICT JUDGE**

**Dated: January 7, 2008**